# Exhibit 2

JSC-18-965

## PETITION: SMALL CLAIMS CASE

Elizabeth Montgomery §
Plaintiff

§   In the Justice Court of
    Williamson County, Texas
§   2018 NOV -9 PM 4:10
    Precinct One

Southwest Airlines
Defendant (Corp) Service Company
Person to serve

**COMPLAINT:** The basis for the claim which entitles the plaintiff to seek relief against the defendant is:
In reguards to Southwest Airlines Settlement letter recieved on 25 Oct 2018. I have decided to opt out of the class Action lawsuit. And seek relief alone and seperate. Pls. find Attached Southwest Airline Settlement letter

**RELIEF:** Plaintiff seeks damages in the amount of $ 10,000 , and/or return of personal property as described as follows (be specific): _____ , which has a value of $_____ . Additionally, plaintiff seeks the following: Court Cost

**SERVICE OF CITATION:** Service is requested on defendants by personal service at home or work or by alternative service as allowed by the Texas Justice Court Rules of Court. Other addresses where the defendant(s) may be served are:

☒ If you wish to give your consent for the answer and any other motions or pleadings to be sent to your email address, please check this box, and provide your valid email address: EHallMoten@Gmail.com

### Defendant's Information
c/o
Southwest Airlines Corp. service Company
Printed Defendant's Name

311 E 7th St.
Address of Defendant's Attorney, if any, or Defendant if none

Austin TX, 78701
City, State, Zip
DATE OF BIRTH:
LAST 3 NUMBERS OF DRIVER LICENSE:
*LAST 3 NUMBERS OF SOCIAL SECURITY:
DEFENDANT'S PHONE NUMBER: 1-800-439-9792

### Plaintiff's Information

Elizabeth Montgomery
Signature of the Plaintiff or Attorney

Elizabeth Montgomery
Print Plaintiff's Name

8237 Arezzo Dr.
Address of Plaintiff's Attorney, if any, or Plaintiff if none

Round rock TX 78665
City, State, Zip

512-367-8915
Phone & Fax No. of Plaintiff's Attorney, if any, or Plaintiff if none

 Gmail

Elizabeth Montgomery <ehallmoten@gmail.com>

## Fwd: Airline Settlements
1 message

**Elizabeth Hall-Moten** <ehallmoten@gmail.com>  Mon, Nov 5, 2018 at 2:55 PM
To: Elizabeth Montgomery <ehallmoten@gmail.com>, Elizabeth Montgomery <totalcarehomehealth@gmail.com>

South West Airlines settlement letter

Total Care Home Health Inc.

Elizabeth Hall-Moten (Montgomery)

HCS Program Director

512-367-9049

Fax: 512-727-9209

*Make every day a great one*

**The information contained in this fax/email message of Total Care Home Health Inc. is legally privileged and confidential information intended only for the use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this fax/email is strictly prohibited. If you have received this fax/email in error, please immediately notify us by telephone at 512-367-9049. Thank you."**

On Thu, Oct 25, 2018 at 2:57 AM Domestic Airline Settlement Administrator <administrator@qgemail.com> wrote:
> Dear Class Member:
> Our records show you may have purchased a domestic airline ticket from American, Delta, Southwest, United, Continental Airlines, or US Airways between July 1, 2011 and June 14, 2018. Southwest and American Airlines (the "Settling Defendants") have agreed to settle nationwide litigation by passengers who claim the four largest U.S. carriers along with Continental Airlines and US Airways conspired to increase fares on domestic flights. The Settling Defendants deny that they did anything wrong, have asserted defenses to the claims, and have settled to avoid the burden and expense of litigation.
>                                     **Are you included?**
> The Settlement Classes include persons and entities who purchased air passenger transportation services for flights within the United States and its territories and the District of Columbia from American, Delta, Southwest, United, Continental, or US Airways at any time between July 1, 2011 and December 20, 2017 for the Southwest settlement and between July 1, 2011 and June 14, 2018 for the American settlement.
>                                     **What do the Settlements provide?**
> Southwest has agreed to pay $15 million and American has agreed to pay $45 million. The Settling Defendants have agreed to provide certain cooperation in the ongoing litigation against the Non-Settling Defendants.
>                                     **How can I get a payment?**
> At this time, it is unknown how much you may receive. A distribution plan will be prepared later or at the conclusion of the litigation. Given the number of Settlement Class Members, it may not be economically practical to distribute money until additional settlements or judgments are achieved. If you want to receive a notice about the claims process or future settlements, you should register at the website below. Class Counsel will pursue the lawsuit against the Non-Settling Defendants, and these Settlements may help pay expenses for Class Counsel to do so. If no additional settlements or judgments are achieved, money may be distributed to a charitable, government, or non-profit organization(s) as ordered by the Court.
>                                     **What are my rights?**

Even if you do nothing you can participate in the Settlements and will also be bound by their terms. If you want to keep your right to sue Southwest and/or American yourself, you must exclude yourself from the Settlements by **January 4, 2019**. If you stay in the Settlements, you may object to them but only if you do so before **January 4, 2019**.

The Court will hold a hearing on **March 22, 2019** to consider whether to approve the Settlements and a request for attorneys' fees up to 30% of the Settlement Funds, plus reimbursement of costs and expenses incurred as Class Counsel pursues claims against the other Defendants. You or your own lawyer may appear and speak at the hearing at your own expense.

**For more information, visit www.DomesticAirClass.com or call 1-866-459-3634.**
**Para obtener un aviso en español, visite nuestro sitio web.**
**Pour obtenir une notice en français, veuillez consulter notre site internet.**

Unsubscribe