# Exhibit 3

1JC-18-1964

## PETITION: SMALL CLAIMS CASE

| | | |
|---|---|---|
| Joseph Hall<br>_Plaintiff_ | § | In the Justice Court of |
| | § | Williamson County, Texas |
| Southwest Airlines<br>_Defendant_<br>Corp. Service Company<br>Person to serve | § | Precinct One |

**COMPLAINT:** The basis for the claim which entitles the plaintiff to seek relief against the defendant is:
I have flown South West Airline from 2014 - 2018 Attached you will find my reservation number I could find but you would have that flight info. Resv # HFPADH /22 Aug 2015 / Confirmation # RF3748 30 May 2018, although I have flow more I can only show these flights.

**RELIEF:** Plaintiff seeks damages in the amount of $ 10,000, and/or return of personal property as described as follows (be specific): _____, which has a value of $_____. Additionally, plaintiff seeks the following: Court Cost

**SERVICE OF CITATION:** Service is requested on defendants by personal service at home or work or by alternative service as allowed by the Texas Justice Court Rules of Court. Other addresses where the defendant(s) may be served are:
_____

☒ If you wish to give your consent for the answer and any other motions or pleadings to be sent to your email address, please check this box, and provide your valid email address: Chardin46@yahoo.com

### Defendant's Information
Southwest Airlines c/o Corp Service Company
Printed Defendant's Name

311 E. 7th St.
Address of Defendant's Attorney, if any, or Defendant if none

Austin TX 78665
City, State, Zip
DATE OF BIRTH: _____
LAST 3 NUMBERS OF DRIVER LICENSE: _____
*LAST 3 NUMBERS OF SOCIAL SECURITY: _____
DEFENDANT'S PHONE NUMBER: _____

### Plaintiff's Information
[signature] /s/ Joseph Hall
Signature of the Plaintiff or Attorney

Joseph Hall
Print Plaintiff's Name

8061 Mozart St.
Address of Plaintiff's Attorney, if any, or Plaintiff if none

Roundrock TX 78665
City, State, Zip

512-945-9573
Phone & Fax No. of Plaintiff's Attorney, if any, or Plaintiff if none

